AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

**Under Seal**

FILED
NOV 8 2013
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

| | |
|---|---|
| United States of America<br>v.<br>Telal Hassan Khir Mahmoud<br><br>*Defendant(s)* | )<br>)<br>) Case No. 1:13MJ682<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __May 18, 2013 to the present__ in the county of __Fairfax__ in the __Eastern__ District of __Virginia__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 United States Code, Section 1204(a) | International Parental Kidnapping |

This criminal complaint is based on these facts:
the defendant removed A.T.M. and R.T.M. from the United States, and is retaining A.T.M and R.T.M. (who had been in the United States) outside the United States with the intent to obstruct the lawful exercise of parental rights

☐ Continued on the attached sheet.

Reviewed by AUSA/SAUSA:

Patricia M. Haynes, AUSA

*Complainant's signature*

Lisa Kite Hill, Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: November 8, 2013

City and state: Alexandria, VA

/s/
Ivan D. Davis
United States Magistrate Judge