FILED

2017 JAN 30  P 2: 53

CLERK US DISTRICT COURT
ALEXANDRIA, VA

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| In re: Sealed Case Report | ) | 1:13MJ682 |
| *United States v. Telal Hassan Khir Mahmoud* | ) | |
| | ) | The Honorable Ivan D. Davis |
| | ) | |
| | ) | **UNDER SEAL** |

### GOVERNMENT'S RESPONSE PURSUANT TO COURT'S ORDER OF JANUARY 1, 2017, AND REQUEST TO REMOVE SEAL

The United States of America, by undersigned counsel, hereby files this response pursuant to this Court's Order of January 1, 2017. In that Order, the Court directed the Government to review the above-captioned matter which is currently "under seal" to determine whether it should continue to remain sealed. In response to that Order, the Government states that in the matter *United States v. Telal Hassan Khir Mahmoud*, this case can be unsealed, except for any materials relating to sealing the matter and sentence reduction materials, which would disclose information that could be detrimental to the defendant.

**Conclusion**

The Government requests that, for good cause shown, the Court unseal the case, except for any materials relating to sealing the matter and sentence reduction materials, which should continue to remain under seal. An Order to that effect is attached hereto.

Respectfully submitted,

Dana J. Boente
United States Attorney

By: /s/ Lawrence J. Leiser
Lawrence J. Leiser
Assistant United States Attorney
Virginia Bar No. 20308
Counsel for the Government
United States Attorney's Office
2100 Jamieson Avenue
Alexandria, VA 22314
(703) 299-3913 (phone)
(703) 299-3981 (fax)
larry.leiser@usdoj.gov