

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | | |
|---|---|---|
| In re: Sealed Case Report | ) | 1:13MJ682 |
| *United States v. Telal Hassan Khir Mahmoud* | ) | |
| | ) | The Honorable Ivan D. Davis |
| | ) | |
| | ) | **UNDER SEAL** |

### ORDER

By the Government's response to this Court's Order dated January 1, 2017 and for good cause shown, it is hereby

**ORDERED** that the case of *United States v. Telal Hassan Khir Mahmoud*, 1:13MJ682 be unsealed, except for the original Affidavit, Docket #2, Motion to Seal, Docket #5, and Order, Docket #6.

**IT IS SO ORDERED.**

ENTERED this 2nd day of February, 2017.
Alexandria, Virginia

/s/
Ivan D. Davis
United States Magistrate Judge