IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>TELAL HASSAN KHIR MAHMOUD,<br><br>Defendant. | Case No. 1:13-mj-682-IDD |

## ORDER

The United States of America has moved, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, to dismiss the criminal complaint presently pending against the defendant. For good cause shown, it is hereby

ORDERED that the government's motion is GRANTED; and it is further

ORDERED that the criminal complaint in this case is DISMISSED WITHOUT PREJUDICE.

Date: 26 Feb 2025
Alexandria, Virginia

_____/s/_____
Ivan D. Davis
United States Magistrate Judge